DETROIT SULPHATE FIBER COMPANY v. GEORGE S. HOSMER, CIRCUIT JUDGE OF WAYNE COUNTY.

JURY—SPECIAL QUESTIONS—CHANGING AN-SWERS AFTER RENDITION OF VERDICT.

Relator applied for *mandamus* to com-pel respondent to correct the record by striking out the word "no" and inserting the word "yes" as the answer of the jury to a special question submitted to them. An order to show cause was denied, error being the proper remedy.

*De Forest Pane, for relator:*

The facts as alleged in the petition for *mandamus* were:

*a*—That the relator was defendant in a personal injury case; that the jury ren-dered a general verdict in favor of the plaintiff, and answered four special ques-tions submitted to them; that thereupon the attorney for the plaintiff sought to discuss to the court, in the presence of the jury, the answer to the fourth ques-tion, which he claimed was inconsistent with the answer to the third question; that the respondent stated that plaintiff's attorney could poll the jury on any por-tion of the verdict he saw fit; that plain-tiff's attorney requested respondent to satisfy himself that the jury understood the question the same as respondent did; that respondent declined to do this, and discharged the jury from the further consideration of the case.

*b*—That further discussion ensued be-tween the respondent and both attorneys; that finally the jurors were recalled and the clerk was ordered to poll the jury as to the fourth question and answer; that

eight of the jurors affirmed the answer as given to be correct; that the ninth juror, after hearing the question read, stated that it was different from what he had understood it to be; that the jury were sent out, and upon their return, respondent, after stating that he had been informed that the jury could not read his writing, read the third and fourth questions to them, after which they again retired, and on their return rendered the same general verdict, but changed the answer to the fourth question from yes to no, thereby making the answers to the two questions consistent with each other, after which the jury were discharged.

c—That a motion to correct the record as now asked was made and denied.